UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TRUSTEES OF THE NATIONAL
ELECTRICAL BENEFIT FUND,

    Plaintiff,

    v.

TRADEMARK ELECTRIC, INC.,

    Defendant.

Civil Action No. TDC-21-0358

**ORDER**

On November 5, 2021, United States Magistrate Judge Timothy J. Sullivan filed a Report and Recommendation in which he recommended that this Court grant the Motion for Default Judgment filed by Plaintiff Trustees of the National Electrical Benefit Fund ("NEBF"). Objections to that Report and Recommendation were due on November 19, 2021. *See* Fed. R. Civ. P. 72(b)(2). That deadline has now passed, and the Court has received no objections.

Accordingly, upon review of Judge Sullivan's Report and Recommendation, it is hereby ORDERED that:

1. Judge Sullivan's Report and Recommendation, ECF No. 16, is ADOPTED as an Order of the Court.
2. NEBF's Motion for Default Judgment, ECF No. 14, is GRANTED.
3. NBEF is awarded a total of $18,080.64, divided as follows:
   a. $11,386.08 in delinquent contributions;
   b. $1,685.37 in interest;
   c. $2,798.19 in liquidated damages;

      d. $1,659.00 in attorney's fees; and

      e. $552.00 in costs.

4. That award shall accrue post-judgment interest as provided for and calculated in accordance with 28 U.S.C. § 1961.

5. The Clerk is directed to close this case.

Date: November 29, 2021

THEODORE D. CHUANG
United States District Judge